UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
WARD D. TUBBS, Jr.,            Bankruptcy Case No. 10-32531-DSO
                                         Chapter 7
                                         Hon. Daniel S. Opperman
                      Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

       The attached check in the amount of $0.32 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Fifth Third Bank | 7 | $0.32 |

Dated: October 26, 2011                 /s/ Samuel D. Sweet
                                            Samuel D. Sweet, Chapter 7 Trustee
                                            P.O. Box 757
                                            Ortonville, MI 48462-0757
                                            248-236-0985
                                            ssweet@trusteesweet.us